UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

    Plaintiff,

v.

KENNEDY BENJAMIN RINEY,

    Defendant.

Case No. 18-04492 BLF (PR)

**JUDGMENT**

The Court has dismissed this case without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Judgement shall be entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __August 21, 2020____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\04492Saddozai_judgment